Name _Michael L. Nelson_

_241 Front St. #19_
Mailing address

_907-586-1568_
Telephone

**RECEIVED**

SEP 1 9 2008

**CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

_Michael L. Nelson   Martha Nelson  & William Nelson sr._
_Decendants_

_Die ___ ___ ___ ___ ___
(Full name of plaintiff in this action)

Case No. _1:08-CV-00017-JWS_
(To be supplied by Court)

Plaintiff,

vs.

_Bureau of Land Management_

_Mr. Michael Thompson (Realty Specialist)_

_Mr. Mike Kastorion (Realty Specialist)_

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT**
42 U.S.C. § 1983

**(NON-PRISONERS)**

(Full names of ALL defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, list them below:

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of _Michael L. Nelson_
(print your name)

who presently resides at _241 Front St, #19_ _Juneau, Ak._, were
(mailing address)

violated by the actions of the below named individual(s).

PS 02 (4/06)                                     Page 1 of 8

Case 1:08-cv-00017-JWS   Document 1   Filed 09/19/08   Page 1 of 8

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Bureau of Land Management_, is a citizen of
_Alaska_, and is employed as a_____.
     (state)                                        (defendant's government position/title)

(name)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _Mr. Michael Thompson_, is a citizen of
_Alaska_, and is employed as _(BLM) Realty Specialist_
     (state)                                (defendant's government position/title)

(name)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _Mr. Mike Kastorian_, is a citizen of
_Alaska_, and is employed as a _(BLM) Realty Specialist_
     (state)                                (defendant's government position/title)

(name)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

<u>Claim 1</u>: On or about _July 11, 1999_, my civil right to _Access to Courts_
                     (Date)                  (Right to medical care, access to courts, due process,
_due process_
freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

Page 2 of 8

Case 1:08-cv-00017-JWS   Document 1   Filed 09/19/08   Page 2 of 8

Supporting Facts: (Briefly describe **facts** you consider important to Claim 1. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 1.)

On or About July 14, 1979 my mom & Dad call me down to their Home in Angoon, Alaska' and stated to me Michael L. Nelson on the helicopter flight going from Angoon, AK. to Hood-bay AK., they two Employee of (BIM) were pushing my mom and Dad Around and force to move her Native Allotment to were it is today. I Michael L. Nelson kept Asking my mom and dad if they wanted to press charges Both parents were to scared, I Mike Nelson wants to press charges for Assault and battery.

<u>Claim 2</u>: The following civil right has been violated:_____

(e.g., due process, freedom of religion, free speech, freedom

_____

of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

<u>Supporting Facts</u>: (Briefly describe **facts** you consider important to Claim 2. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name,** did to violate the right alleged in Claim 2. Include **dates**.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page 4 of 8

Claim 3: The following civil right has been violated:_____
_____
(e.g., due process, freedom of religion, free speech, freedom

_____
of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 3. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 3. Include **dates**.)

_____

Case 1:08-cv-00017-JWS   Document 1   Filed 09/19/08   Page 5 of 8

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action? _____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits by copying this blank page and labeling it page "6A.")

a. Parties to previous lawsuit:

Plaintiff(s):_____

_____

Defendant(s):_____

_____

b. Name and location of court:_____

_____

c. Docket number:_____

d. Name of judge to whom case was assigned:_____

e. Disposition:_____
(For example, was the case dismissed, appealed or still pending?)

f. Issues Raised:_____

_____

_____

_____

_____

g. Approximate date case was filed:_____

h. Approximate date of final decision:_____

Case 1:08-cv-00017-JWS   Document 1   Filed 09/19/08   Page 6 of 8

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _____

2. Punitive damages in the amount of $ _____

3. An order requiring defendant(s) to _____

_____

_____

4. A declaration that _____

_____

_____

5. Other: *Native Allotment settlement for Martha Nelson and William Nelson sr. decendants, Processing John Nelra and Newton Nelson settlement Application.*

Plaintiff demands a trial by _____ Jury _____ Court. (Choose one.)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

*[signature]*

**Plaintiff's Original Signature**

*Michael L. Nelson*

Plaintiff's Full Name

Executed at *Juneau, AK* on *9-19-08*
              (Location)                    (Date)

Page 7 of 8

_____  _____

Original Signature of Attorney (if any)                (Date)

_____

_____

_____

Attorney's Address and Telephone Number

Case 1:08-cv-00017-JWS   Document 1   Filed 09/19/08   Page 8 of 8